**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| UNDERDOG EXCHANGE DCM, INC. and UDM, LLC d/b/a UNDERDOG PREDICT,<br><br>Plaintiffs,<br>v.<br><br>CATHERINE L. HANAWAY, in her official capacity as Attorney General of Missouri; MICHAEL A. LEARA, in his official capacity as Executive Director of the Missouri Gaming Commission; JAN M. ZIMMERMAN, in her official capacity as Chairman of the Missouri Gaming Commission; and KEVIN M. SPAULDING, KEVIN CANTWELL, SAM GLADNEY, and ROGER STOTTLEMYRE, in their official capacities as Commissioners of the Missouri Gaming Commission,<br><br>Defendants. | Case No.: 2:26-cv-04300-BP<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Under Federal Rule of Civil Procedure 65(a), Plaintiffs respectfully move this Court for a preliminary injunction restraining Defendants, and anyone acting on their behalf, from enforcing Missouri's preempted gambling statutes against Underdog's federally regulated derivatives markets.

In support of this Motion, Plaintiffs have also filed with this Court:

(a) The accompanying Suggestions in Support of Motion for Preliminary Injunction;

(b) Exhibit 1 (Declaration of Matt Nashban, Senior Director, Compliance & Regulatory Operations Counsel of Underdog Sports Holdings, Inc.); and

(c) Exhibit 2 (Declaration of Robert A. Fumerton, counsel for Underdog Exchange DCM, Inc. and UDM, LLC d/b/a Underdog Predict), along with:

   a. Exhibit A (NBAEXPTEAM Event Contract Class Certification);
   b. Exhibit B (MLBSTART Event Contract Class Certification);
   c. Exhibit C (MLBCBA Event Contract Class Certification); and
   d. Exhibit D (NFLTEAMSALE Event Contract Class Certification).

DATED this 8th day of November, 2026

*/s/ Edward D. Greim*
Edward D. Greim (Mo. Bar No. 54034)
GRAVES GARRETT GREIM LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Facsimile: (816) 256-5958
EDGreim@gravesgarrett.com

Robert A. Fumerton
(seeking *pro hac vice* admission)
David Meister
(seeking *pro hac vice* admission)
Judith A. Flumenbaum
(seeking *pro hac vice* admission)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
robert.fumerton@skadden.com
david.meister@skadden.com
judy.flumenbaum@skadden.com

*Attorneys for Plaintiffs Underdog Exchange DCM, Inc. and UDM, LLC d/b/a Underdog Predict*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2026, I served the foregoing on the following non-CM/ECF Participants via electronic mail as well as via postal mail, addressed as follows:

Catherine L. Hanaway
Missouri Attorney General's Office
Supreme Court Building
207 West High Street
Jefferson City, MO 65101

Missouri Gaming Commission
Attn: Michael A. Leara, Jan M. Zimmerman, Roger Stottlemyre, Kevin Cantwell, Kevin M. Spaulding, Sam Gladney
3417 Knipp Drive
Jefferson City, MO 65109

*/s/ Edward D. Greim*

Edward D. Greim
Attorney for Plaintiffs